# Court of Appeals
# of the State of Georgia

ATLANTA,___June 13, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1834. TERRY R. SINGLETON v. LINCOLN ESTATES HOMEOWNERS ASSOCIATION, INC.

This case originated in magistrate court. Following an adverse ruling, Terry R. Singleton petitioned the superior court for a writ of certiorari. The trial court dismissed the petition as untimely, and Singleton filed this appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Such compliance is required even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Singleton failed to follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    *Clerk's Office, Atlanta,_____06/13/2016_____*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*